IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| AMY GOINS, )<br>        Plaintiff, )<br>         )<br>v. )<br>         )<br>KILOLO KIJAKAZI, )<br>Acting Commissioner of Social Security, )<br>        Defendant. ) | 1:22-CV-262 |

## **ORDER**

Defendant, Kilolo Kijakazi, the Acting Commissioner of Social Security (Commissioner), has filed an Uncontested Motion requesting that the Court, pursuant to sentence four of 42 U.S.C. § 405(g), enter a judgment reversing her decision, with a remand of the cause for further administrative proceedings. Plaintiff does not object to this motion.

On remand to the Commissioner, the Appeals Council will refer Plaintiff's case to an Administrative Law Judge, who will further evaluate Plaintiff's claim, offer Plaintiff the opportunity for a new hearing, and issue a new decision.

Pursuant to the power of this Court to enter a judgment reversing the Commissioner's decision with remand in Social Security actions under sentence four of 42 U.S.C. § 405(g), and in light of the information set out in the record and in Defendant's request to remand this action for further proceedings, Defendant's Uncontested Motion will be granted. *See Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

**IT IS THEREFORE ORDERED** that Defendant's uncontested motion is **GRANTED**, and under sentence four of 42 U.S.C. § 405(g), the Commissioner's decision is **REVERSED**, with a remand of the cause to the Commissioner for further proceedings as set out above.

A Judgment will be entered contemporaneously herewith.

This 30th day of September 2022.

                                                                                         _____
                                                                                         UNITED STATES DISTRICT JUDGE